FILED
2022 Jan-11  PM 12:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs Diana D. Webb | [redacted] | [redacted] |
| Street Address | City, State and ZIP Code | |
| [redacted] | [redacted] | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Walmart Distribution Center | over 500 | 256-739-0763 |
| Street Address | City, State and ZIP Code | |
| 2200 7th Avenue | Cullman, AL 35055 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| | | |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

__ RACE   __ COLOR   _X_ SEX   __ RELIGION   __ NATIONAL ORIGIN

__ RETALIATION   __ AGE   __ DISABILITY   __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest         Latest

_X_ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I believe Walmart is discriminating against women truck drivers, and possibly other female employees who are required to wear uniforms. Walmart is providing and cleaning uniform bottoms for the men, while the women are expected to either wear mens bottoms or purchase & clean womens bottoms on their own.

Contact Info: 408-313-1067 / dianadwebb@yahoo.com

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLANANT

10-5-21
Date        Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)